```
SEAN P. NALTY (SBN 121253)
Email: sean.nalty@wilsonelser.com
CHARAN M. HIGBEE (SBN 148293)
Email: charan.higbee@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
CIGNA GROUP INSURANCE,
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY and NORTH AMERICAN
PHILLIPS CORPORATION LONG TERM DISABILITY PLAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LIMA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CIGNA GROUP INSURANCE; CONNECTICUT GENERAL LIFE INSURANCE COMPANY and NORTH AMERICAN PHILLIPS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No.:   CV09-01954 MMC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND** [PROPOSED] **ORDER**<br><br>[Local Rule 6-1] |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Lawrence Lima and defendants CIGNA Group Insurance, Connecticut General Life Insurance Company and North American Phillips Corporation Long Term Disability Plan, through their attorneys of record, as follows:

　　　　1.　　The response of defendant CIGNA Group Insurance to plaintiff's Complaint currently is due on June 8, 2009;

---

1

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

USDC NDCA Case #CV09-01954 MMC
447818.1

2. Defendants Connecticut General Life Insurance Company and North American Phillips Corporation Long Term Disability Plan have not yet been served with the Summons and Complaint in this action;

3. The parties have agreed that defendant CIGNA Group Insurance may have an extension to and including July 6, 2009 to answer or otherwise respond to the Complaint herein;

4. This extension will not alter the date of any event or any deadline already fixed by Court order; and

5. The parties have agreed that defendants Connecticut General Life Insurance Company and North American Phillips Corporation Long Term Disability Plan will answer or otherwise respond to the Complaint on or before July 6, 2009.

Date: June 8, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
SEAN P. NALTY
CHARAN M. HIGBEE
Attorneys for Defendants
CIGNA GROUP INSURANC, CONNECTICUT GENERAL LIFE INSURANCE COMPANY and NORTH AMERICAN PHILLIPS CORPORATION LONG TERM DISABILITY PLAN

Date: June 8, 2009

KANTOR & KANTOR, LLP

By: /s/ Brent Dorian Brehm
CORINNE CHANDLER
BRENT DORIAN BREHM
Attorneys for Plaintiff
LAWRENCE LIMA

**ORDER**

IT IS SO ORDERED.

Date: June 9, 2009    By: HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV09-01954 MMC
447818.1