```
Corinne Chandler, Esq. (SBN 11423)
  E-mail: cchandler@kantorlaw.net
Brent Dorian Brehm, Esq. (SBN 248983)
  E-mail bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
Lawrence Lima
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LIMA, | CASE NO: CV09-01954 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| VS. | |
| CIGNA GROUP INSURANCE; CONNECTICUT GENERAL LIFE INSURANCE COMPANY and NORTH AMERICAN PHILLIPS CORPORATION LONG TERM DISABILITY PLAN, | Date:  August 14, 2009<br>Time: 10:30 a.m. |
| Defendants. | |

    The parties, by and through their respective counsel submit the following Stipulation and [Proposed] Order Regarding Telephonic Appearance at the Case Management Conference set for August 14, 2009 at 10:30 a.m.

    WHEREAS, the parties have submitted a joint report in which they materially agree on the pertinent legal issues and the procedure(s) to bring this case to trial and to resolve those legal issues;

    WHEREAS, the parties have scheduled a mediation in Monterey, California for September 18, 2009 which will be attended by counsel for both parties;

1

WHEREAS, counsel for plaintiff is located in Northridge, California and wishes to promote the efficient expenditure of attorneys fees and costs to the pursuit of a settlement;

THEREFORE, in an effort to promote an efficient and effective settlement discussion, the parties stipulate to appear telephonically at the Case Management Conference set by the Court for August 14, 2009 at 10:30 a.m.

IT IS SO STIPULATED.

Date: August 7, 2009         WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

                        By:     */s/ Charan M. Higbee*
                             SEAN P. NALTY
                             CHARAN M. HIGBEE
                             Attorneys for Defendants
                             CONNECTICUT GENERAL LIFE INSURANCE
                             COMPANY and NORTH AMERICAN PHILIPS
                             CORPORATION LONG TERM DISABILITY PLAN
                             (sued herein as NORTH AMERICAN PHILLIPS
                             CORPORATION LONG TERM DISABILITY
                             PLAN)

Date: August 7, 2009         KANTOR & KANTOR LLP

                        By:     */s/ Brent Dorian Brehm*
                             CORINNE CHANDLER
                             BRENT DORIAN BREHM
                             Attorneys for Plaintiff
                             LAWRENCE LIMA

[~~Proposed~~] Order

The Court has read and considered the above stipulation of the parties and, for good cause showing, grants the parties request to appear telephonically. The Court Orders the parties to appear by telephone at the Case Management Conference on August 14, 2009 at 10:30 a.m.

IT IS SO ORDERED.

Date:  August 10, 2009        By: *Maxine M. Chesney*
                                 Maxine M. Chesney
                                 U.S. District Judge

2