| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
| | Email: sean.nalty@wilsonelser.com |
| 2 | CHARAN M. HIGBEE (SBN 148293) |
| | Email: charan.higbee@wilsonelser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
| |    EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94105 |
| 5 | Telephone: (415) 433-0990 |
| | Facsimile: (415) 434-1370 |
| 6 | |
| | Attorneys for Defendants |
| 7 | CONNECTICUT GENERAL LIFE |
| | INSURANCE COMPANY and |
| 8 | NORTH AMERICAN PHILIPS CORPORATION |
| | LONG TERM DISABILITY PLAN (sued herein as |
| 9 | NORTH AMERICAN PHILLIPS CORPORATION |
| | LONG TERM DISABILITY PLAN) |
| 10 | |
| 11 | CORINNE CHANDLER (SBN 11423) |
| | Email: cchandler@kantorlaw.net |
| 12 | BRENT DORIAN BREHM (248983) |
| | Email: bbrehm@kantorlaw.net |
| 13 | KANTOR & KANTOR, LLP |
| | 19839 Nordhoff Street |
| 14 | Northridge, CA 91324 |
| | Telephone: (818) 886-2525 |
| 15 | Facsimile: (818) 350-6272 |
| 16 | Attorneys for Plaintiff |
| | LAWRENCE LIMA |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE LIMA, | ) | Case No.: CV09-01954 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING** |
| | ) | **STANDARD OF REVIEW** |
| v. | ) | |
| | ) | AND ORDER THEREON |
| CIGNA GROUP INSURANCE; CONNECTICUT | ) | |
| GENERAL LIFE INSURANCE COMPANY and | ) | |
| NORTH AMERICAN PHILLIPS | ) | |
| CORPORATION LONG TERM DISABILITY | ) | Courtroom : 7 |
| PLAN, | ) | Floor : 19 |
| | ) | Honorable Maxine M. Chesney |
| Defendants. | ) | |

---

STIPULATION REGARDING STANDARD OF REVIEW
USDC NDCA Case #CV09-01954 MMC
467594.1

IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff Lawrence Lima and defendants Connecticut General Life Insurance Company and North American Philips Corporation Long Term Disability Plan, through their attorneys of record, as follows:

1. The Court shall apply the de novo standard of review to Connecticut General Life Insurance Company's claim determination, that plaintiff was and/or is not entitled to disability benefits under the subject group policy and subject plan after April 4, 2008, which is the subject of this ERISA action.

Date: August 19, 2009            WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP


                         By:   /s/ Charan M. Higbee
                               SEAN P. NALTY
                               CHARAN M. HIGBEE
                               Attorneys for Defendants
                               CONNECTICUT GENERAL LIFE INSURANCE COMPANY
                               and NORTH AMERICAN PHILIPS CORPORATION LONG
                               TERM DISABILITY PLAN (sued herein as
                               NORTH AMERICAN PHILLIPS CORPORATION LONG
                               TERM DISABILITY PLAN)


Date: August 19, 2009            KANTOR & KANTOR LLP


                         By:   /s. Brent D. Brehm
                               CORINNE CHANDLER
                               BRENT DORIAN BREHM
                               Attorneys for Plaintiff
                               LAWRENCE LIMA


### ORDER

IT IS SO ORDERED.


Date: August 21, 2009     By: *[signature]*
                              Honorable Maxine M. Chesney
                              UNITED STATES DISTRICT JUDGE

---

1
**STIPULATION REGARDING STANDARD OF REVIEW**
USDC NDCA Case #CV09-01954 MMC
467594.1