1  SEAN P. NALTY (SBN 121253)
   Email: sean.nalty@wilsonelser.com
2  CHARAN M. HIGBEE (SBN 148293)
   Email: charan.higbee@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
6
   Attorneys for Defendants
7  CONNECTICUT GENERAL LIFE
   INSURANCE COMPANY and
8  NORTH AMERICAN PHILIPS CORPORATION
   LONG TERM DISABILITY PLAN (sued herein as
9  NORTH AMERICAN PHILLIPS CORPORATION
   LONG TERM DISABILITY PLAN)
10

11 CORINNE CHANDLER (SBN 11423)
   Email: cchandler@kantorlaw.net
12 BRENT DORIAN BREHM (248983)
   Email: bbrehm@kantorlaw.net
13 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
14 Northridge, CA 91324
   Telephone:   (818) 886-2525
15 Facsimile:   (818) 350-6272

16 Attorneys for Plaintiff
   LAWRENCE LIMA
17

18                 UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

21 LAWRENCE LIMA,                    )  Case No.:   CV09-01954 MMC
                                     )
22         Plaintiff,                )  **STIPULATION OF DISMISSAL WITH
                                     )  PREJUDICE AND [PROPOSED] ORDER
23    v.                             )  THEREON**
                                     )
24 CIGNA GROUP INSURANCE;            )
   CONNECTICUT GENERAL LIFE          )
25 INSURANCE COMPANY and NORTH       )  Courtroom  :   7
   AMERICAN PHILLIPS CORPORATION     )  Floor      :   19
26 LONG TERM DISABILITY PLAN,        )  Honorable Maxine M. Chesney
                                     )
27         Defendants.               )
                                     )
28

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-01954 MMC
477310.1

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff |
| 2 | Lawrence Lima and defendants Connecticut General Life Insurance Company and North American |
| 3 | Philips Corporation Long Term Disability Plan, acting through their attorneys of record, that the |
| 4 | above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to |
| 5 | Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees. |

Date: September 30, 2009         WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP

By:   /s/ Charan M. Higbee
       SEAN P. NALTY
       CHARAN M. HIGBEE
       Attorneys for Defendants
       CONNECTICUT GENERAL LIFE INSURANCE
       COMPANY and NORTH AMERICAN PHILIPS
       CORPORATION LONG TERM DISABILITY PLAN (sued
       herein as NORTH AMERICAN PHILLIPS CORPORATION
       LONG TERM DISABILITY PLAN)

Date: September 30, 2009         KANTOR & KANTOR LLP

By:   /s/ Brent D. Brehm
       CORINNE CHANDLER
       BRENT DORIAN BREHM
       Attorneys for Plaintiff
       LAWRENCE LIMA

**ORDER**

**IT IS SO ORDERED.**

Date: September 30, 2009        By: _____
                                             Honorable Maxine M. Chesney
                                             UNITED STATES DISTRICT JUDGE

---

1

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-01954 MMC
477310.1